UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DOUGLAS STEVENTON, | No. C07 00954 JF |
| Plaintiff, | [proposed] ORDER CONTINUING CASE MANAGEMENT CONFERENCE TO SEPTEMBER 26, 2008 ON THE STIPULATION OF THE PARTIES |
| vs. | |
| JEFFREY LEE FOGEL, and KURT STELLER, JR., | |
| Defendants. | |
| AND RELATED CROSS-ACTION. | |

Based upon stipulation of the parties hereto, the June 20, 2008 Case Management Conference is continued;

The Case Management Conference is now scheduled for September 26, 2008 at 10:30 a.m. in the courtroom of Judge Fogel.

IT IS SO ORDERED.

Dated: 6/18/08, 2008

_____
Jeremy Fogel
UNITED STATES DISTRICT JUDGE

-1-

ORDER TO CONT. CMC

Steventon v. Fogel, # C07 90054 JF

PROOF OF SERVICE

4954-6-9

I am a resident of the State of California, over the age of 18 years, and not a party to the within action. My business address is CESARI, WERNER AND MORIARTY, 360 Post Street, Fifth Floor, San Francisco, California, 94108. On June 11, 2008, I served the within document:

*Stipulation To Continue June 20th Case Management Conference To After Mediation on September 22, 2008* and [proposed] *Order*

☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☒ **On the parties by way of their counsel of record as listed on the Electronic Service List located under this case on the Electronic Case Filing (ECF) system website.**

☐ by placing the document(s) listed above in a sealed envelope with postage prepaid, in the United States mail San Francisco, California addressed as follows.

☐ by causing personal delivery by _____ of the document(s) listed above to the person(s) at the address(es) set forth below.

☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

| | |
|---|---|
| Michael M. Shea, Esq.<br>SHEA & SHEA<br>255 North Market Street, Suite 190<br>San Jose, CA 95110 | **For Plaintiff John Douglas Steventon**<br>Telephone: (408) 292-2434<br>Fax:         (408) 292-1264 |
| John S. Krug, Esq.<br>Winters & Krug<br>345 Lorton Avenue, Suite 101<br>Burlingame, CA 94010-4134 | For Cross-defendant Kurt Steller, Jr. |

I declare under penalty of perjury that the above is true and correct.

Executed on June 11, 2008, at San Francisco, California.

_____
N.B. Luffy