**E-Filed 3/__/2009**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| JOHN DOUGLAS STEVENTON<br><br>Plaintiff,<br><br>v.<br><br>JEFFREY LEE FOGEL and KURT STELLER,<br><br>Defendants. | Case Number C 07-0954 JF (PVT)<br><br>ORDER[1] GRANTING MOTION TO STAY<br><br>[re: doc. no. 38] |

Pursuant to 50 App. U.S.C. § 522, Defendant Kurt Steller moves to stay the instant action due to his current deployment in Afghanistan.[2]  Defendant Jeffrey Lee Fogel and Plaintiff John Douglas Steventon have filed statements of nonopposition to the motion.  In addition, the parties jointly request that the Court schedule a status conference after September 9, 2009.  Accordingly, the motion to stay is GRANTED and the parties shall appear for a case management conference on September 11, 2009, at 10:30 a.m.

---

[1] This disposition is not designated for publication in the official reports.

[2] The Court has determined that the motion is appropriate for disposition without oral argument pursuant to Civ. L.R. 7-1(b).  The hearing scheduled for March 20, 2009 is hereby vacated.

1

2   IT IS SO ORDERED.

3

4

5   DATED:  March 12, 2009

6                                             _____
                                              JEREMY FOGEL
7                                             United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

Case No. C 07-0954 JF (PVT)
ORDER GRANTING MOTION TO STAY
(JFLC1)

1   This Order has been served upon the following persons:

2   John Sheldon Krug      jskwkdlaw@aol.com

3   Jose Anthony Montalvo      jmontalvo@cwmlaw.com

4   Mark B. O'Connor      mbo@shea-shea.com

5   Michael Murt Shea      mms@shea-shea.com

6   Michael Murt Shea, Jr.      mmsjr@shea-shea.com, lo@shea-shea.com, rr@shea-shea.com

7   Paul N. Cesari      pcesari@cwmlaw.com, jmontalvo@cwmlaw.com

3